UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ABDUL-GIYATH O. MAYALE-EKE,
    Plaintiff

v.                                    C.A. No. 10-29 S

MERRILL LYNCH,
ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 29, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Defendants' Motion to Dismiss the Plaintiff's Amended Complaint is hereby GRANTED as to Count VI of the Complaint and DENIED in all other respects.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 10/25/10