**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ABDUL-GIYATH O. MAYALE-EKE
      Plaintiff,

   v.                                C.A. 10-29 S

BANC OF AMERICA INVESTMENT
SERVICES, INC., ET AL.

      Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 9, 2013 (ECF #109) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1).  Both parties' Objections to the Magistrate Judge's Report and Recommendation (ECF #111 and #112) are rejected and Defendant's Motion for Summary Judgment (ECF #72) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

date: 12/17/13